# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D16-5299

_____

SEGWAYNE GOLDSON,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Bay County.
Michael C. Overstreet, Judge.

February 20, 2018

PER CURIAM.

Appellant Segwayne Goldson appeals his judgment of conviction and sentence for sexual battery with physical force likely to cause serious injury and sexual battery. His appointed appellate counsel filed an *Anders* brief.[1] Thereafter, counsel was ordered to file a supplemental brief addressing three issues identified by this court as potentially meritorious. Consideration of the arguments raised on appeal as well as our independent review of the record and applicable law has revealed no reversible

---

[1] *See Anders v. California*, 386 U.S. 738 (1967), and *In re Order of First Dist. Court of Appeal Regarding Brief Filed in Forrester v. State*, 556 So. 2d 1114 (Fla. 1990).

error in the circuit court's proceedings. Accordingly, the judgment of conviction and sentences are AFFIRMED.

BILBREY, WINSOR, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Jonathan Dingus, Panama City, and Segwayne Goldson, pro se, for Appellant.

Pamela Jo Bondi, Attorney General, and Steven E. Woods, Assistant Attorney General, Tallahassee, for Appellee.